# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JANET GRINNELL, ) | |
| ) | Case No. 3:21-cv-262 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| BRIDLEWOOD ON WESTLAND, LLC, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendant's motion for summary judgment is **GRANTED**. The Clerk is **DIRECTED** to **CLOSE** the civil case.

                                                **/s/** *Travis R. McDonough*
                                                **TRAVIS R. MCDONOUGH**
                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT